**DISMISS and Opinion Filed September 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00643-CV

## IN THE MATTER OF J.L.T.M., A JUVENILE

**On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court Cause No. J02738**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellant has filed

a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion

and dismiss the appeal. *See id.*



/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240643F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE MATTER OF J.L.T.M., A JUVENILE

No. 05-24-00643-CV

On Appeal from the County Court at Law No. 1, Hunt County, Texas
Trial Court Cause No. J02738.
Opinion delivered by Chief Justice Burns, Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 9, 2024.